UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

883 Keene Lane Trust,

                           Debtor-Appellant,

            -against-

JPMorgan Chase Bank, N.A.,

                           Appellee.

25-CV-4927 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **Monday, May 11, 2026**, 883 Keene Lane Trust should obtain counsel in this case if it wants to proceed with its appeal. "[A] layperson may not represent a separate legal entity." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). So Kenneth Lee, who is not a licensed attorney, may not represent the Trust. *See, e.g.*, *J.J. Rissell, Allentown, PA Tr. v. Marchelos*, 976 F.3d 1233, 1236 (11th Cir. 2020) ("[A] nonlawyer trustee has no authority to represent a trust in court. A trustee represents the interests of others and would therefore be engaged in the unauthorized practice of law if allowed to appear pro se as a nonlawyer." (internal quotation marks omitted)); *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994) ("A nonlawyer, such as these purported 'trustee(s) pro se[,]' has no right to represent another entity, i.e., a trust, in a court of the United States."); *see also* Dkt. 30 at 2 (acknowledging the Trust's "individual beneficial owners").

The Court notes that the Bankruptcy Court ordered the Trust to obtain an attorney. *See* Case No. 25-10143-dsj, Dkt. 20 at 7:25–8:2 (Mr. Lee: "I received your notice . . . ordering the Trust to obtain an attorney."). But the Trust did not comply. The Bankruptcy Court also said that the Trust "can have additional time to try to get an attorney." *Id.* at 8:15–16. But now, a year later, the Trust still has not obtained counsel. If the Trust does not notify the Court that it has obtained counsel by **Monday, May 11, 2026**, then the Court will dismiss its appeal. *See Grace v. Bank Leumi Tr. Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006).

If the Trust obtains counsel by Monday, its counsel will have until **Monday, May 18, 2026** to supplement any arguments made in the current briefing.

SO ORDERED.

Dated: May 7, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge