**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

883 KEENE LANE TRUST,

                            Debtor-Appellant,                    25 **CIVIL** 4927 (AS)

       -against-                                  **JUDGMENT**

JPMORGAN CHASE BANK, N.A.,

                            Appellee.
-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2026, the Bankruptcy Court properly concluded that Chase is a party in interest that established cause to lift the automatic stay. Accordingly, the Trust's appeal is DENIED, and its motion for a stay pending resolution of this appeal is DENIED AS MOOT; accordingly, the case is closed.

**Dated:** New York, New York
        June 3, 2026

                                  **TAMMI M. HELLWIG**

                                    **Clerk of Court**

                 **BY:**

                                  **Deputy Clerk**